**Order entered June 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

### TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant

### V.

### RUPERT M. POLLARD, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellee's July 23, 2019 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **August 23, 2019**. *We expressly caution appellee that any further extension request in this accelerated appeal will be strongly disfavored.*

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE